**Court Exhibit 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                    **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

　　　　　　　　-against-
　　　　　　　　　　　　　　　　　　　　　　21　-MJ-　　( )( )

JAMES PETRO
　　　　　　　　　　　　　　Defendant(s).
------------------------------------------------------------X

Defendant _____JAMES PETRO_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or ___ teleconferencing:

_X__　Initial Appearance Before a Judicial Officer

_X_　Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X_　Bail/Detention Hearing

___　Conference Before a Judicial Officer

_____　　　_____
Defendant's Signature　　　　　　　　　　　Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____　　　_____
Print Defendant's Name　　　　　　　　　　Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

　2/18/2021
_____　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge