UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                  **ORDER**

    -against-                                        21 Cr. 104 (JCM)

JAMES PETRO,

                        Defendant.
-------------------------------------------------------------X

      On February 18, 2021, the above-named defendant entered a plea of guilty and the Court scheduled his sentencing for May 27, 2021 at 11:00 a.m. Accordingly, defense counsel's sentencing submission is due May 13, 2021 and the Government's sentencing submission is due May 20, 2021.

Dated:  February 19, 2021
          White Plains, New York

                                              **SO ORDERED:**

                                              _____
                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge